# Court of Appeals
# of the State of Georgia

ATLANTA, __January 05, 2015__

*The Court of Appeals hereby passes the following order:*

**A15D0180.  RODNEY WILSON v. THE STATE.**

Rodney Wilson was convicted of theft by taking and sentenced to serve ten years on probation. The state later petitioned to revoke his probation on the ground that he had committed a new felony. Wilson, who is presently incarcerated on an unrelated offense, filed a motion for a probation revocation hearing. The trial court denied the motion, and Wilson filed this application for discretionary appeal.

OCGA § 5-6-35 (a) (5) provides that an order revoking probation may be appealed by filing an application for discretionary appeal. But no final judgment has been entered in the probation revocation matter; thus, the order that Wilson wishes to appeal is interlocutory. "[A] party seeking appellate review from an interlocutory order must follow the interlocutory- application subsection, OCGA § 5-6-34 (b), seek a certificate of immediate review from the trial court, and comply with the time limitations therein." (Citation omitted.) *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); see also *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Compliance with the discretionary appeal procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6- 34 (b). See *Bailey*, supra.

For these reasons, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __01/05/2015__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*